452 A.2d 1093

Commonwealth ex rel. Mackerchar v. Mackerchar.

Appeal of Pearl I. Mackerchar.

Argued April 7, 1982.   Neil H. Stein, for appellant;  John R. Howland, for appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Order affirmed.

452 A.2d 1094

Damiano v. Andre, M.D.

Appeal of James Damiano.

Argued December 7, 1981.

Michael J. Pepe, Jr., for appellant;  Scott A. Bennett, for appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Orders affirmed.